# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS DIVISION

| | |
|---|---|
| JESSICA TENNEY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:19-cv-00046-TSK |
| | ) |
| v. | ) |
| | ) |
| RADIUS GLOBAL SOLUTIONS, LLC | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Jessica Tenney, and Defendant, Radius Global Solutions, LLC ("RGS"), hereby jointly stipulate to the dismissal with prejudice of all claims in this action, with each side to bear their own fees and costs.

Respectfully submitted,

/s/ Joshua A. Mize
Joshua Mize, Esq.
Mize Law, PLLC
110 Front Street, Suite 300
Jupiter, Florida 33477
Telephone: (407) 913-6800
Facsimile: (407) 604-7410
Email: jmize@mize.law
Attorneys for Plaintiff,

/s/ Albert C. Dunn, Jr.
Albert C. "Abbie" Dunn, Jr., Esq.
Bailey & Wyant, PLLC
P.O. Box 3710
Charleston, WF 25337-3710
Telephone: (304) 720-0742
Facsimile: (304) 343-3133
Email: adunn@baileywyant.com
Attorneys for Defendant,
Radius Global Solutions, LLC