IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

JESSICA TENNEY,

     Plaintiff,

v.                                  Civ. Action No. 2:19-CV-46
(Judge Kleeh)

RADIUS GLOBAL SOLUTIONS, LLC,

     Defendant.

## DISMISSAL ORDER

On July 17, 2020, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties filed a Joint Stipulation of Dismissal with Prejudice (ECF No. 37) in the above-referenced civil action. Based on that Stipulation and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and stricken from the docket of the Court.

The Clerk is **ORDERED** to forward a copy of this order to all counsel of record via the CM/ECF notification system.

DATED: July 17, 2020

                                     /s/ Thomas S. Kleeh
                                     THOMAS S. KLEEH
                                     UNITED STATES DISTRICT JUDGE